# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **(2) ROBERT L. SMITH,** **Defendant.** | 2:22-CR-20214-TGB **ORDER GRANTING MOTION FOR BOND AND IMPOSING ADDITIONAL CONDITION OF RELEASE** |

Pursuant to a bench order rendered at a hearing held on February 21, 2023, the Court **ORDERS**:

1) Defendant Robert Smith's Motion for Bond (ECF No. 35) is **GRANTED**.

2) Smith is ordered to be transported to the Theodore Levin Courthouse to appear in Duty Court and be released after processing on February 22, 2023. After release, he shall immediately report to a drug treatment facility as directed by his United States Pretrial Services Officer for a period of twenty-eight (28) days.

3) Defendant's Appearance Bond and all previous conditions of release are reinstated (ECF Nos. 12, 13).

DATED this 21st day of February, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge